DMP OZARK CAPITAL PARTNERS, LLC, a Missouri Limited Liability Company, Respondent,

v.

John BLAZIER, et al., Appellants.

WD 79543

Missouri Court of Appeals, Western District.

Filed: August 22, 2017

Erik A. Bergmanis, Penny J. Umstattd-Cope, Richard L. Rollings, Jr., Camdenton, MO for appellant.

Joseph A. Ellsworth, Versailles, MO for respondent.

Before Division Two: Cynthia L. Martin, P.J., and Thomas H. Newton and Alok Ahuja, JJ.

### ORDER

PER CURIAM:

Appellant John Blazier appeals from a judgment entered by the Circuit Court of Morgan County, which ruled in favor of Respondent DMP Ozark Capital Partners, LLC in its replevin action to recover possession of a backhoe. Blazier argues that the circuit court erroneously concluded that DMP Ozark had established a right to possession based on its purported purchase of the backhoe at a foreclosure sale. Blazier also argues that the circuit court erroneously denied his motion to disqualify DMP Ozark's. counsel. We affirm. Because a published opinion would have no precedential value, we have provided the parties with an unpublished memorandum setting forth the reasons for this order. Rule 84.16(b).